**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**BASAVARA J. HOOLI,**

     **Plaintiff,**

**v.**                                 **Case No.  1:20cv74-MW/GRJ**

**JORGE PEREZ and
DR. D. PAGIDIPATI,**

     **Defendant.**

_____/

**ORDER REJECTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  The Magistrate Judge recommends the amended complaint be dismissed for lack of subject matter jurisdiction because there is no federal question alleged and Plaintiff alleges that all parties are resident of Florida and thus there is no diversity of citizenship.  ECF No. 10.  Plaintiff filed what he styles as an "Addendum Complaint."  ECF No.  11.  This Court construes the "addendum" as a motion to amend.  Therein, plaintiff seeks to amend his complaint to reallege citizenship.  He also appears to want to add another party which could also destroy diversity.  While the motion may prove futile, this Court rejects the report and recommendation and remands the matter to the Magistrate Judge to consider

1

Plaintiff's motion to amend in the first stance.  The Clerk shall terminate ECF No.

10.

  **SO ORDERED on June 17, 2020.**

            **s/Mark E. Walker**
            **Chief United States District Judge**