IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BASAVARAJ A. HOOLI,**

    **Plaintiff,**

v.                                  Case No.  1:20cv74-MW/GRJ

**JORGE PEREZ and
DR. D. PAGIDIPATI,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15, and has also considered *de novo* the objections of Plaintiff. ECF No. 16. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The Amended Complaint, ECF No. 7, is **DISMISSED** *sua sponte* for lack of subject matter jurisdiction."  The Clerk shall also close the file.

**SO ORDERED on September 21, 2020.**

                                                    **s/Mark E. Walker          
                                                    Chief United States District Judge**